UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDON P. BERNDT,

                Plaintiff,

       -against-

NEW YORK STATE TROOPERS, et al.,

                Defendants.

1:25-CV-9213 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated January 13, 2026, the Court directed Plaintiff, within 30 days, to submit a completed and signed prisoner authorization or pay the fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not filed a prisoner authorization or paid the fees. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in this order.

SO ORDERED.

Dated:    March 16, 2026
          New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
          Chief United States District Judge