UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDON P. BERNDT,

                Plaintiff,

        -against-

NEW YORK STATE TROOPERS, ET AL.,

              Defendants.

25cv9213 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 16, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    March 20, 2026
          New York, New York

                        /s/ Laura Taylor Swain
                           LAURA TAYLOR SWAIN
                  Chief United States District Judge